1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6878
7       FAX: (415) 436-7234
        Elise.Becker@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   NO. CR 12-803 CRB
14                                     )
        Plaintiff,                     )   JOINT REQUEST TO CONTINUE STATUS
15                                     )   HEARING AND [PROPOSED] ORDER
    v.                                 )   CONTINUING HEARING DATE FROM
16                                     )   NOVEMBER 30, 2015, TO DECEMBER 14, 2015
   CARLOS MICHAEL MARTINEZ,            )
17                                     )
        Defendant.                     )
18                                     )
                                       )
19

20      The defendant, CARLOS MICHAEL MARTINEZ, represented by Geoffrey Hansen, Assistant

21 Federal Public Defender, and the government, represented by Elise Becker, Assistant United States

22 Attorney, respectfully request that the stipulated facts bench trial currently scheduled for November 30,

23 2015, be rescheduled to December 14, 2015, at 4:00 p.m.

24      At the last hearing on October 13, 2015, the parties advised the Court that they needed time to

25 consider electronic evidence in the case that had recently been reviewed. In light of the difficulties

26 encountered during that process, the parties requested that the matter be continued for several weeks for

27 effective preparation of counsel.  Since that time, the defendant requested a stipulated facts bench trial,

28 and the parties need additional time to prepare the stipulations.

ORDER CONTINUING HEARING DATE
Case No. CR 12-803 CRB

The defendant is currently out of custody and agrees to the requested continuance.

DATED: November 23, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
ELISE BECKER
Assistant United States Attorney

SO STIPULATED.

DATED: November 23, 2015

_____/s/_____
GEOFFREY HANSEN
Attorney for Carlos Martinez

Based upon the representation of counsel and for good cause shown, the Court hereby vacates the November 30, 2015, stipulated facts bench trial and reschedules it to December 14, 2015, at 4:00 p.m. The Court finds that failing to exclude the time between November 30, 2015, and December 14, 2015, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 30, 2015, and December 14, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 30, 2015, and December 14, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 24, 2015

_____
CHARLES R. BREYER
United States District Judge