BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 12-0803 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE FROM APRIL 20, 2016, TO JUNE 29, 2016 |
| v. | |
| CARLOS MICHAEL MARTINEZ, | |
| Defendant. | |

The defendant, Carlos Michael Martinez, represented by Geoffrey Hansen, Assistant Federal Public Defender, and the government, represented by Elise Becker, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for April 20, 2016 at 10:00 a.m., be rescheduled to June 29, 2016, at 10:00 a.m., in order to allow adequate time for victim notifications. The defendant is out of custody and the Speedy Trial Act does not apply at this stage of the proceedings.

//

//

//

//

ORDER CONTINUING HEARING DATE
Case No. CR 12-0803 CRB

The Probation Officer has informed us that she is available to appear on that date.

IT IS SO STIPULATED.

DATED: March 31, 2016                    Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                         _____/s/_____
                                         ELISE BECKER
                                         Assistant United States Attorney

DATED: March 31, 2016

                                         _____/s/_____
                                         GEOFFREY HANSEN
                                         Attorney for Carlos Martinez

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the April 20, 2016, sentencing hearing be rescheduled to June 29, 2016, at 10:00 a.m.

IT IS SO ORDERED.

DATED:  April 1, 2016                    _____
                                         CHARLES R. BREYER
                                         United States District Judge